## Ex Parte Lee Sparks.

### No. 4755.   Decided October 10, 1917.

**Habeas Corpus—Bail—Rule Stated.**

The decision of the trial court refusing bail after an investigation of the facts is accorded great deference by this court, but finding the evidence such as to entitle the relator to bail, the judgment must be reversed and the cause remanded and bail granted. Following Ex parte Russell, 71 Texas Crim. Rep., 377, and other cases.

Appeal from the Criminal District Court of Harris. Tried below before the Hon. C. W. Robinson.

Appeal from a denial of bail in a capital case; bail granted in the sum of $7500.

The opinion states the case.

No brief on file for appellant.

E. B. Hendricks, Assistant Attorney General, and *John H. Crooker*, for the State.—Cited Ex parte Sapp, 179 S. W. Rep., 109; Ex parte Smith, 23 Texas Crim. App., 145; Ex parte Jones, 31 Texas Crim. Rep., 422; Burt v. State, 38 Texas Crim. Rep., 450; McCoy v. State, 25 Texas, 44; Hall v. State, 33 Texas Crim. Rep., 191; Spears v. State,

41 id., 527; Lawrence v. State, 36 Texas Crim. Rep., 177; Butler v. State, 61 id., 139; Farrar v. State, 42 Texas, 233; Cano v. State, 53 Texas Crim. Rep., 609.

MORROW, JUDGE.—This appeal is because of the refusal of the judge of the Criminal District Court to allow bail to relator, who was held under indictment for murder.

The decision of the trial court, after an investigation of the facts, is accorded great deference. Ex parte Moore, 5 Texas App. Rep., 103; Ex parte Beacom, 12 Texas App. Rep., 318; Ex parte Matlock, 18 Texas App. Rep., 227. Mindful of this we have examined the record, and, omitting a discussion of the facts, our conclusion is that the evidence is such as to entitle the relator to bail. Ex parte Russell, 71 Texas Crim. Rep., 377; Ex parte Stephenson, 71 Texas Crim. Rep., 380; Ex parte Burton, 75 Texas Crim. Rep., 105, 170 S. W. Rep., 308, 39 L. R. A. (N. S.), note pp. 780-84; Bill of Rights, Vernon's C. C. P., p. 9, and cases cited.

The judgment is consequently reversed and it is ordered that appellant be granted bail in the sum of $7500.

*Bail granted.*